UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAMECA S. ROBERTSON, On behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>ALLIED SOLUTIONS, LLC.,<br><br>       Defendant. | CASE NO: 1:15-cv-01364-WTL-DML |

### ORDER

This matter is before the court on the parties' Joint Motion for Scheduling Order (Dkt. 35). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that all current case management deadlines are VACATED. The parties are to file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice on or before August 22, 2016.

So ORDERED.

Date:  July 11, 2016

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system