UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAMECA S. ROBERTSON, on Behalf of Herself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CASE NO: 1:15-cv-01364-WTL-DML |
| ALLIED SOLUTIONS, LLC, ) ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the parties' Joint Motion to Extend Deadline to File Stipulation of Settlement and Their Joint Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. 39). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the parties are to file their Stipulation of Settlement and their Joint Motion for Preliminary Approval of Proposed Class Settlement, Certification of a Class for the Purposes of Settlement, and Approval of Form and Manner of Notice on or before October 19, 2016.

Date: 9/19/2016

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system