UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAMECA S. ROBERTSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO: 1:15-cv-01364-WTL-DML

**ORDER EXTENDING DEADLINE TO FILE**
**AMENDED STIPULATION OF SETTLEMENT AND AMENDED JOINT MOTION**
**FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

This matter is before the court on the Parties' Joint Motion to Extend Deadline To

File Amended Stipulation Of Settlement And Amended Joint Motion For Preliminary Approval

Of Proposed Class Action Settlement (Dkt. 53). The court, being duly advised, now GRANTS

the motion.

IT IS ORDERED that the parties are to file their Amended Stipulation of Settlement

and Amended Joint Motion for Preliminary Approval of Proposed Class Settlement 21 days

after the court has ruled on the issue of subject matter jurisdiction.

Date: 2/27/2017

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system